Virginia M. ROSIE

v.

NARRANGANSETT SCHOOL
COMMITTEE.

No. 83–162–M.P.

Supreme Court of Rhode Island.

April 29, 1983.

Thomas J. McAndrew, Woonsocket, Emilie Benoit, Providence, for petitioner.

David F. Reilly, North Kingston, for respondent.

## ORDER

The petition for writ of certiorari is denied.

Mr. Justice Weisberger did not participate.